# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 17-43824-659  Chapter 13 |
| ) | |
| **FOREST EDWIN LANE** ) | |
| **DONNA JEAN LANE** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated April 25, 2018, to claim 13 filed on behalf of ARMY & AIR FORCE EXCHANGE SVC.

Dated: May 01, 2018
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on May 01, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 01, 2018.

| | |
|---|---|
| FOREST EDWIN LANE<br>DONNA JEAN LANE<br>909 W MINSTER ABBY LN<br>APT 101<br>FENTON, MO  63026 | ARMY & AIR FORCE EXCHANGE SVC<br>3936 E FORT LOWELL RD #200<br>C/O BASS & ASSOCIATES PC<br>TUCSON, AZ  85712 |
| | ARMY & AIR FORCE EXCHANGE<br>3911 S WALTON WALKER<br>DALLAS, TX  75236 |
| US ATTORNEY E.D. MO<br>111 S 10TH ST 20TH FLOOR<br>ATTN: CIVIL PROCESS CLERK/BK UNIT<br>ST LOUIS, MO  63102 | US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20530-0001 |

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee